IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEZLEE STRANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART SUPERCENTER #2208, WAL-MART, WALMART, INC., WAL-MART STORES EAST, INC., WAL-MART STORES EAST, LP, WAL-MART SUPERCENTER, WAL-MART TRS, LLC and ABC COMPANIES,<br><br>    Defendants. | No. 4:24-CV-01093<br><br>(Chief Judge Brann) |

## ORDER

### OCTOBER 3, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that: Plaintiff Lezlee Stranger's Motion to Remand (Doc. 8) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge